IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY LEE GLENN,

    Plaintiff,                           No. CIV S-05-2344 FCD DAD P

    vs.

HIGH DESERT STATE PRISON,

    Defendant.                     <u>ORDER</u>

        /

        Plaintiff has requested an extension of time to file a civil rights complaint and an application to proceed in forma pauperis application pursuant to the court's order filed November 30, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's December 16, 2005 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file a civil rights complaint and an application to proceed in forma pauperis.

DATED: December 21, 2005.

                                            *Dale A. Drozd*
                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:13:mp
glen2344.36