IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ZACHARY LEE GLENN,

      Plaintiff,                         No. CIV S-05-2344 FCD DAD P

      vs.

HIGH DESERT STATE PRISON,

      Defendant.                       ORDER

_____/

        On January 19, 2006, the court received from plaintiff a civil rights complaint and an in forma pauperis application. In the space intended for the court's entry of a case number, plaintiff entered "0503087." The Clerk filed both documents in the above-captioned case.

        In accordance with this court's order filed November 30, 2005, and an extension of time granted on December 21, 2005, plaintiff filed an amended complaint in this action on December 30, 2005. Upon examination of the complaint received on January 19, 2006, the undersigned finds that plaintiff did not submit the new complaint as yet another amended complaint in this action. Nor is the in forma pauperis application received on January 19, 2006, responsive to the order filed in this action on January 13, 2006. On the first page of the new complaint, plaintiff states that he has brought one previous lawsuit about mental health staff at High Desert State Prison. The above-captioned case is the lawsuit described. Plaintiff's new

1

1 complaint, on the other hand, concerns safety and housing issues, and does not involve mental
2 health staff.  Exhibits to the new complaint reveal that the number "0503087" is the number
3 assigned to an internal investigation associated with plaintiff's administrative appeal of claims
4 alleged in the new complaint.

5       The undersigned finds that the complaint and in forma pauperis application
6 received on January 19, 2006, were submitted for filing as a new case.

7       Accordingly, IT IS HEREBY ORDERED that:

8       1. The Clerk of the Court is directed to open a new case for the complaint and in
9 forma pauperis application filed in the above-captioned case on January 19, 2006; the case
10 number for the above-captioned case shall be removed from both documents before they are
11 scanned in the new case; and

12       2. The docket for the above-captioned case shall reflect that the documents
13 docketed in this case as #10 and #11 were filed in this case in error.

14 DATED: January 23, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
glen2344.corr